United States District Court
Southern District of Texas
**ENTERED**
November 08, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HILDA ROSE MORGAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-2784 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

Hilda Rose Morgan's motion for summary judgment, (Docket Entry No. 13), is granted and the Commissioner's motion for summary judgment, (Docket Entry No. 11), is denied.  For the reasons explained in the Magistrate Judge's Report and Recommendation and adopted by this court after *de novo* review, the decision of the Social Security Administration is reversed and the matter is remanded to the Social Security Administration for proceedings consistent with this opinion.

SIGNED on November 8, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge